PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jonathan Alvarado          **Docket Number:** 06-00979-001
                                                                                                                      **PACTS Number:** 43478

**Name of Sentencing Judicial Officer:** The Honorable Dennis M. Cavanaugh, U.S.D.J.

**Date of Original Sentence:** 10/21/2005

**Original Offense:** Robbery (Hobbs Act) and Conspiracy to Commit Robbery (Hobbs Act)

**Original Sentence:** 2 concurrent 38 month imprisonment terms and 3 year terms of supervised release.

**Type of Supervision:** Supervised release          **Date Supervision Commenced:** 04/11/08

**Assistant U.S. Attorney:** Ellen Cohen, A.U.S.A. for the Southern District of Florida

**Defense Attorney:** Rick Hutchinson, A.F.P.D. for the Southern District of Florida

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**<br><br>Since the commencement of supervision Alvarado has only submitted one *Monthly Supervision Report (MSR)*. |
| 2 | The offender has violated the supervision conditions which state **'You shall notify the probation officer within 72 hours of any change of residence or employment.'** and **'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'**<br><br>While under supervision the offender stated that he lived with his father, Juan Alvarado at 415 North 15th Street in Newark, New Jersey. In addition the offender maintained that he was employed "off the books" as a laborer with his father, Juan Alvarado, by Geocon construction. On October 9, 2008, probation |

PROB 12C - Page 2
Jonathan Alvarado

officials contacted Juan Alvarado at which time Mr. Alvarado advised that he had not seen the offender in more than five days at either his home or job.

3 The offender has violated the supervision conditions which state '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' and '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On July 28, 2008, the offender reported to the probation office and admitted that he used marijuana on July 26, 2008. In addition, the offender has failed to participate in the probation offices mandatory drug testing program (Code-A-Phone).

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 10/09/2008

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/20/08
Date

Dennis M. Cavanaugh
U.S. District Judge